No. 16,327.

In the Matter of the People in the interest
of Kathleen Ann Murley.
Murley v. Murley.
(216 P. [2d] 659)

Decided March 27, 1950.

Per Curiam.

Judgment affirmed in department without written opinion, Mr. Chief Justice Hilliard, Mr. Justice Jackson, Mr. Justice Alter and Mr. Justice Holland, participating.

Mr. WILLIAM H. SCOFIELD, for plaintiff in error.

Mr. THOMAS W. NEVIN, for defendant in error.